## In re Jerry Wayne SHEPPARD, Petitioner.

### No. 02–7421.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided April 1, 2003.

Jerry Wayne Sheppard, Petitioner Pro Se.

Before LUTTIG, WILLIAMS and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Jerry Wayne Sheppard petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. After Sheppard filed the instant mandamus petition, the district court ruled on his § 2255 motion. Accordingly, we deny the mandamus petition but grant Sheppard's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*